UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN OLTMAN, | ) Case No. 2:22-cv-03847-AS |
| | ) |
| Plaintiff, | ) [PROPOSED] ORDER AWARDING |
| | ) EAJA FEES |
| v. | ) |
| | ) |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of EIGHT THOUSAND DOLLARS AND ZERO CENTS ($8000.00) as authorized by 28 U.S.C. § 2412, and costs in the amount of $400.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: October 20, 2023         _____/ s / Sagar_____
                               HONORABLE ALKA SAGAR
                               UNITED STATES MAGISTRATE JUDGE

-1-